UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 06-4647 |
| MICHELLE PAYETTE-REID | SECTION R (4) |

**ORDER & REASONS**

On August 31, 2026, defendant Michelle Payette-Reid filed a Request for Hearing and Claim for Exemption from garnishment.[1]

**IT IS HEREBY ORDERED** that the motion is set for submission on October 14, 2026. Defendant must file a memorandum explaining the basis for her claims of exemption from garnishment no later than September 30, 2026. Responses or memoranda in opposition, if any, shall be filed no later than October 6, 2026.

New Orleans, Louisiana, this 8th day of September, 2026.

Sarah Vance
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

1 R. Doc. 72.